# IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

Afefa Wilcots,

        Plaintiffs,

v.

TLC Chiropractic,

        Defendant.

**Case No. CIV-21-799-SLP**

## NOTICE OF VOLUNTARY DISMISSAL

**COMES NOW THE PLAINTIFF** and pursuant to Fed.R.Civ.P. 41(a)(1)

voluntarily dismisses this action without prejudice to her rights to refile in this

or any other venue.

**RESPECTFULLY SUBMITTED THIS 3rd DAY OF SEPTEMBER 2021.**

    *s/ Leah M. Roper*

    Leah M. Roper, OBA # 32107

    CENTER FOR EMPLOYMENT LAW

    1133 N. Portland Ave.

    Oklahoma City, OK 73107

    Telephone: 405.252.1180

    leah@centerforemploymentlaw.com

    ATTORNEY FOR PLAINTIFF

    **ATTORNEY LIEN CLAIMED**

    **JURY TRIAL DEMANDED**

1